**Michael MUNGIN, Petitioner–Appellant,**

v.

**John R. OWEN, Warden FCI Williamsburg, Respondent–Appellee.**

**No. 11–6827.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 6, 2011.

Decided: Dec. 15, 2011.

Michael Mungin, Appellant Pro Se.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Mungin, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mungin v. Owen,* No. 3:11–cv–00016–MBS, 2011 WL 2162156 (D.S.C. June 1, 2011). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*